```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 27152
     SUZANNE MCKEEL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-9991

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  93.55% from remaining funds.

     The case was paid in full 08/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED          7300.00       283.00       7300.00
TRIAD FINANCIAL CORP       UNSECURED OTH    5947.36          .00       5515.77
AMERICAN GENERAL FINANCE   UNSECURED OTH    1474.24          .00       1389.55
ASPIRE                     UNSECURED OTH     464.29          .00        437.62
CARD SERVICE CENTER        UNSECURED OTH    1277.63          .00       1204.24
AT & T WIRELESS            FILED LATE        810.98          .00           .00
BP OIL/AMOCO               UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED OTH     366.39          .00        345.35
CASH ADVANCE CORP          UNSECURED       NOT FILED         .00           .00
CASHNET 500                UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED OTH     620.00          .00        584.38
CITY OF CHICAGO            NOTICE ONLY     NOT FILED         .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED         .00           .00
MERRICK BANK               UNSECURED OTH     859.64          .00        810.26
NATIONAL QUICK CASH        UNSECURED OTH     460.00          .00        433.58
PLATINUM B SERVICES        UNSECURED       NOT FILED         .00           .00
QUICKEST CASH ADVANCE      UNSECURED       NOT FILED         .00           .00
RCN TELECOM                UNSECURED       NOT FILED         .00           .00
UNITED CASH LOAN           UNSECURED       NOT FILED         .00           .00
FINGERHUT CREDIT ADVANTA   UNSECURED OTH     752.66          .00        709.43
CAPITAL ONE BANK           UNSECURED OTH     460.62          .00        434.16
AT & T WIRELESS            FILED LATE           .00          .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                    1,252.66
DEBTOR REFUND              REFUND                                       325.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             23,725.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 27152 SUZANNE MCKEEL

```
PRIORITY                                                              .00
SECURED                                                          7,300.00
    INTEREST                                                       283.00
UNSECURED                                                       11,864.34
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,252.66
DEBTOR REFUND                                                      325.00
                                        ---------------    ---------------
TOTALS                                       23,725.00          23,725.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 04 B 27152 SUZANNE MCKEEL